# Herring v. Crimm & Borland.

APPEAL from Dale Chancery Court,

Heard before the Hon. JERE N. WILLIAMS.

BORDERS & CARMICHAEL, for appellant.

H. L. MARTIN, *contra.*

The bill in this case was filed by the appellant against the appellees, for an injunction. The chancellor rendered a decree declaring that the complainant was not entitled to the relief prayed for and dismissed the bill. Decree affirmed.

Opinion by HARALSON, J.

---

# Oehmig, Johnson & Co. v. Clark.

APPEAL from DeKalb Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

HOWARD & EWING, for appellants.

TRUE P. PIERCE and GEO. D. PARKER, *contra.*

The bill in this case was filed by the appellees against the appellants to enjoin the sale of real estate. The appeal is prosecuted from a decree granting the relief prayed for. Decree affirmed.

Opinion by McCLELLAN, J.